478 A.2d 122

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal
Denied Oct. 16, 1984.

Submitted February 27, 1984. Donald R. Calaiaro, Assistant Public Defender, for

appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Judgment of sentence affirmed.